STATE v. HALL

No. 424P99

Case below: 134 N.C.App. 417

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 February 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. HUDSON

No. 560P99

Case below: 135 N.C.App. 385

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.

STATE v. HUNTER

No. 590A99

Case below: 135 N.C.App. 633

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 February 2000 in that notice was not timely filed. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 February 2000.

STATE v. JOHNSON

No. 589P99

Case below: 118 N.C.App. 339

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.